# Filed

JUL 1 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THOMAS LEO CLARK, III, | ) | Case No. C 14-1297 PSG (PR) |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL WITH LEAVE TO AMEND** |
| v. | ) ) | |
| CITY OF HAYWARD, et al., | ) ) | |
| Defendants. | ) ) ) | |

Thomas Leo Clark, III, a pretrial detainee proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court has granted leave to proceed in forma pauperis in a separate order. For the reasons stated below, the court dismisses Defendants and gives Clark leave to amend to name a proper defendant.

## I. DISCUSSION

A.   Standard of Review

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.[1] In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous,

---

[1] *See* 28 U.S.C. § 1915A(a).

Case No. C 14-1297 PSG (PR)
ORDER OF DISMISSAL WITH LEAVE TO AMEND

1    malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a

2    defendant who is immune from such relief.[2] *Pro se* pleadings must, however, be liberally

3    construed.[3]

4            To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements:

5    (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that

6    the alleged deprivation was committed by a person acting under the color of state law.[4]

7    B.      Plaintiff's Claim

8            Clark is a wheelchair-bound pretrial detainee.  He claims that when he was brought to the

9    courthouse in Hayward, the holding cell was not equipped for individuals in wheelchairs and

10   when he was pushed into the holding cell, his wheelchair scraped both sides of the cell.  Clark

11   further states that the restroom area was not wheelchair accessible.  Finally, Clark intimates that

12   the courthouse elevator for detainees was not wheelchair accessible, and Clark was instead

13   transported through the main lobby to the public elevator while handcuffed to his wheelchair.

14   Liberally construed, Clark has stated a cognizable claim under Title II of the Americans with

15   Disabilities Act of 1990[5] ("ADA").

16           However, Clark names as Defendants:  the City of Hayward, "Hayward City

17   Courthouse," and the Alameda County Sheriff's Office.  Title II of the ADA provides that "no

18   qualified individual with a disability shall, by reason of such disability, be excluded from

19   participation in or be denied the benefits of the services, programs, or activities of a public

20   entity, or be subjected to discrimination by any such entity."[6] "Public entity" includes any state

21   or local government or any department, agency, special purpose district or other instrumentality

22

23   ────────────────

     [2] *See* 28 U.S.C. § 1915A(b)(1), (2).

24

25   [3] *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1988).

26   [4] *See West v. Atkins*, 487 U.S. 42, 48 (1988).

27   [5] *See* 42 U.S.C.§ 12101 *et seq.*

28   [6] 42 U.S.C. § 12132.

     Case No. C 14-1297 PSG (PR)
     ORDER OF DISMISSAL WITH LEAVE TO AMEND
     2

1    of a state or states or local government.[7]  The "Hayward City Courthouse" is a building, not a

2    public entity.  While the Alameda County Sheriff's Office and the City of Hayward are public

3    entities, they are not charged with operating the courthouse.  Rather, the courthouse in Hayward

4    falls under the jurisdiction of the County of Alameda.  Clark did not name the County of

5    Alameda as a defendant.  However, Clark will be given thirty days to amend to name the proper

6    defendant.[8]

## II. CONCLUSION

7         For the foregoing reasons, the court hereby orders as follows:

8         1.      Defendants are DISMISSED.  Clark is given leave to amend the complaint to

9    name a proper defendant.

10        2.      Clark shall file an AMENDED COMPLAINT within thirty days from the date

11   this order is filed.  The amended complaint must include the caption and civil case number used

12   in this order (C 14-1297 PSG (PR)) and the words AMENDED COMPLAINT on the first page.

13   Clark may not incorporate material from the prior complaint by reference.  Failure to file an

14   amended complaint within thirty days and in accordance with this order will result in a finding

15   that further leave to amend would be futile, and this action will be dismissed.

16        3.      Clark is advised that an amended complaint supersedes the original complaint.

17   "[A] plaintiff waives all causes of action alleged in the original complaint which are not alleged

18   in the amended complaint."[9]  Defendants not named in an amended complaint are no longer

19   defendants.[10]

20        4.      It is Clark's responsibility to prosecute this case.  He must keep the court

21   informed of any change of address by filing a separate paper with the Clerk headed "Notice of

---

[7] *See* 42 U.S.C. § 12131(1)(A) & (B).

[8] *See Barsten v. Dep't of the Interior*, 896 F.2d 422, 423-24 (9th Cir. 1990).

[9] *London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981).

[10] *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).

Case No. C 14-1297 PSG (PR)
ORDER OF DISMISSAL WITH LEAVE TO AMEND

1   Change of Address," and must comply with the court's orders in a timely fashion.  Failure to do

2   so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of

3   Civil Procedure 41(b).

4        IT IS SO ORDERED.

5   DATED: _7·18·14_

6                                        _P_eS._
                                         PAUL S. GREWAL
                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28